# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Quan Sy Phan a/k/a Sy Quan Phan<br><br>     *Petitioner,*<br><br>v.<br><br>TROY GOODNOUGH, *in his official capacity as Sheriff of Monroe County, Michigan;* KEVIN RAYCRAFT, *in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Detroit Field Office;* KRISTI NOEM, *in her official capacity as Secretary of the Department of Homeland Security;* PAM BONDI, *in her official capacity as Attorney General of the United States,*<br><br>     *Respondents.* | **ORDER DISMISSING CASE**<br>   **Case No. 26-10376**<br><br>**Honorable F. Kay Behm**<br>**Mag. Judge Kimberly G. Altman** |

Birach Law, PC
By: Robert M. Birach, Esq (P29051)
26211 Central Park Blvd., Suite 209
Southfield, MI 48076
Tel: (313) 964-1234
Fax: (313) 887-0263
Email: bob@cgblegal.com
*Attorney for Petitioner*

## **ORDER DISMISSING CASE**

Petitioners submitted a Notice of Voluntary Dismissal and Withdrawal of Petition for Habeas Corpus with a request for issuance of an order dismissing the case under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) on March 19, 2026. The request also stated that each party will bear its own costs, expenses, and attorneys' fees. Based on the court's review of the request, the voluntary dismissal does not comply with Rule 41(a)(1)(A)(ii) because it is not signed by all parties who have appeared. However, the request complies with rule 41(a)(2)'s requirements for a dismissal without prejudice because it is made on terms the court considers proper. The court will therefore dismiss the case without prejudice.

**WHEREFORE IT IS ORDERED,** that this case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that each party must bear its own costs, expenses and attorney's fees.

This is a final order that closes the case.

**SO ORDERED.**

Date: March 19, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

## CERTIFICATE OF SERVICE

Now comes Attorney Robert Birach and hereby certifies that, on March 19, 2026, he served a copy of this Proposed Order of Dismissal upon the court and upon the US District Attorney's Office for Michigan in care of Assistant US Attorney Zak Toomey, by email to: *Zak.Toomey@usdoj.gov*


Robert Birach, attorney